# United States District Court

──────── DISTRICT OF ────────

Frederic Lepper
**Plaintiff**

**APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT**

V.

Lois Russo, Superintendent SBCC
**Defendant**

**CASE NUMBER:**

I, __Frederic Lepper__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No" go to Part 2)

   If "Yes" state the place of your incarceration __Souza-Baranowski Correctional Center, Shirley, MA__

   Are you employed at the institution? __no__   Do you receive any payment from the institution? __no__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six months'** transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes   ☒ No
   d. Disability or workers compensation payments       ☐ Yes   ☒ No
   e. Gifts or inheritances                             ☐ Yes   ☒ No
   f. Any other sources                                 ☐ Yes   ☒ No

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20040809 09:48

Page : 1

| Commit# : | W67032 | | | | SOUZA-BARANOWSKI CORRECTIONAL | | | |
|---|---|---|---|---|---|---|---|---|
| Name : | LEPPER, FREDERIC, , | | | Statement From | 20040101 | | | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | | To | 20040809 | | | |
| Block : | K2 | | | | | | | |
| Cell/Bed : | 217/A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $807.92 | $735.51 | $0.00 | $0.00 |
| 20040102 22:30 | CN - Canteen | 2188465 | | SBCC | ~Canteen Date : 20040102 | $0.00 | $48.50 | $0.00 | $0.00 |
| 20040109 22:30 | CN - Canteen | 2221138 | | SBCC | ~Canteen Date : 20040109 | $0.00 | $15.68 | $0.00 | $0.00 |
| 20040113 12:03 | IS - Interest | 2230138 | | SBCC | | $0.03 | $0.00 | $0.00 | $0.00 |
| 20040116 22:30 | CN - Canteen | 2265453 | | SBCC | ~Canteen Date : 20040116 | $0.00 | $7.92 | $0.00 | $0.00 |
| 20040120 11:37 | CI - Transfer from Club to Inmate A/c | 2270845 | | SBCC | ~CANTEEN REFUND 1/2/04~W67032 LEPPER,FREDERIC PERSONAL~KCN WASH ACCOUNT - Z5 | $4.80 | $0.00 | $0.00 | $0.00 |
| 20040209 13:25 | ML - Mail | 2352078 | 161 | SBCC | ~SUSAN LEPPER | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040210 11:37 | IS - Interest | 2359744 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040213 13:25 | ML - Mail | 2393011 | 162 | SBCC | ~SUSAN LEPPER | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040213 22:30 | CN - Canteen | 2394609 | | SBCC | ~Canteen Date : 20040213 | $0.00 | $5.04 | $0.00 | $0.00 |
| 20040221 14:34 | CN - Canteen | 2422237 | | SBCC | ~Canteen Date : 20040220 | $0.00 | $27.14 | $0.00 | $0.00 |
| 20040223 12:53 | EX - External Disbursement | 2424839 | 19860 | SBCC | ~SUB ~CAR CRAFT MAGAZINE | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040227 22:30 | CN - Canteen | 2451797 | | SBCC | ~Canteen Date : 20040227 | $0.00 | $22.79 | $0.00 | $0.00 |
| 20040309 14:53 | IS - Interest | 2491168 | | SBCC | | $0.06 | $0.00 | $0.00 | $0.00 |
| 20040310 09:54 | ML - Mail | 2508310 | 165 | SBCC | ~SUSAN LEPPER PER-CHK | $50.00 | $0.00 | $0.00 | $0.00 |
| 20040310 11:09 | IC - Transfer from Inmate to Club A/c | 2508631 | | SBCC | ~JENSEN WLKMN,ADPT~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $29.22 | $0.00 | $0.00 |
| 20040315 10:01 | CN - Canteen | 2528014 | | SBCC | ~Canteen Date : 20040312 | $0.00 | $0.98 | $0.00 | $0.00 |
| 20040319 22:30 | CN - Canteen | 2555267 | | SBCC | ~Canteen Date : 20040319 | $0.00 | $20.17 | $0.00 | $0.00 |
| 20040326 22:30 | CN - Canteen | 2584841 | | SBCC | ~Canteen Date : 20040326 | $0.00 | $18.82 | $0.00 | $0.00 |
| 20040329 14:20 | EX - External Disbursement | 2587059 | 20345 | SBCC | ~SUB~HOT ROD MAGAZINE | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040413 11:06 | IS - Interest | 2651763 | | SBCC | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20040423 22:30 | CN - Canteen | 2715236 | | SBCC | ~Canteen Date : 20040423 | $0.00 | $0.98 | $0.00 | $0.00 |
| 20040507 09:54 | ML - Mail | 2770714 | | SBCC | ~Kay Summers | $30.00 | $0.00 | $0.00 | $0.00 |
| 20040513 07:32 | IS - Interest | 2796131 | | SBCC | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040513 11:44 | IC - Transfer from Inmate to Club A/c | 2810733 | | SBCC | ~haircut 4/20-4/23~HAIRCUT REVENUE - Z3~HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20040514 22:30 | CN - Canteen | 2817253 | | SBCC | ~Canteen Date : 20040514 | $0.00 | $27.62 | $0.00 | $0.00 |
| 20040603 09:28 | ML - Mail | 2891885 | | SBCC | ~SUSAN LEPPER | $100.00 | $0.00 | $0.00 | $0.00 |
| 20040603 13:26 | CI - Transfer from Club to Inmate A/c | 2892475 | | SBCC | ~REFUND~W67032 LEPPER,FREDERIC PERSONAL~HAIRCUT REVENUE | $1.50 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20040809 09:48

| Commit# : | W67032 | | SOUZA-BARANOWSKI CORRECTIONAL | Page : 2 |
|---|---|---|---|---|
| Name : | LEPPER, FREDERIC, , | | Statement From 20040101 | |
| Inst : | SOUZA-BARANOWSKI CORRECTIONAL | | To 20040809 | |
| Block : | K2 | | | |
| Cell/Bed : | 21 /A | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | - Z3 | | | | |
| 20040604 22:30 | CN - Canteen | 2901693 | | SBCC | ~Canteen Date : 20040604 | $0.00 | $2.48 | $0.00 | $0.00 |
| 20040608 11:58 | EX - External Disbursement | 2911103 | 21194 | SBCC | ~SUB.~POPULAR HOT RODDING | $0.00 | $11.97 | $0.00 | $0.00 |
| 20040610 07:35 | IS - Interest | 2925944 | | SBCC | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20040611 22:30 | CN - Canteen | 2947808 | | SBCC | ~Canteen Date : 20040611 | $0.00 | $32.28 | $0.00 | $0.00 |
| 20040618 22:30 | CN - Canteen | 2977611 | | SBCC | ~Canteen Date : 20040618 | $0.00 | $31.93 | $0.00 | $0.00 |
| 20040621 10:05 | ML - Mail | 2978940 | | SBCC | ~DORIS MCKEON | $20.00 | $0.00 | $0.00 | $0.00 |
| 20040621 10:05 | ML - Mail | 2978942 | | SBCC | ~SUSAN LEPPER | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040622 08:19 | IC - Transfer from Inmate to Club A/c | 2982791 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20040622 09:55 | EX - External Disbursement | 2983575 | 21364 | SBCC | ~MAG~SPEEDWAY MAGAZINE | $0.00 | $14.97 | $0.00 | $0.00 |
| 20040624 11:14 | CI - Transfer from Club to Inmate A/c | 3000048 | | SBCC | ~canteen refund fr 6/18/04~W67032 LEPPER,FREDERIC PERSONAL~KCN WASH ACCOUNT - Z5 | $2.22 | $0.00 | $0.00 | $0.00 |
| 20040625 22:30 | CN - Canteen | 3006824 | | SBCC | ~Canteen Date : 20040625 | $0.00 | $40.40 | $0.00 | $0.00 |
| 20040702 22:30 | CN - Canteen | 3036561 | | SBCC | ~Canteen Date : 20040702 | $0.00 | $27.55 | $0.00 | $0.00 |
| 20040709 22:30 | CN - Canteen | 3065044 | | SBCC | ~Canteen Date : 20040709 | $0.00 | $2.01 | $0.00 | $0.00 |
| 20040713 17:10 | IS - Interest | 3073957 | | SBCC | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20040726 10:30 | ML - Mail | 3139489 | | SBCC | ~SUSAN LIPPER | $40.00 | $0.00 | $0.00 | $0.00 |
| 20040728 11:59 | IC - Transfer from Inmate to Club A/c | 3148433 | | SBCC | ~postage~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.21 | $0.00 | $0.00 |
| 20040730 22:30 | CN - Canteen | 3165566 | | SBCC | ~Canteen Date : 20040730 | $0.00 | $28.11 | $0.00 | $0.00 |
| 20040806 22:30 | CN - Canteen | 3194774 | | SBCC | ~Canteen Date : 20040806 | $0.00 | $9.69 | $0.00 | $0.00 |
| | | | | | | $378.74 | $451.02 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.13 | $0.00 |

**Current Balances :**

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |