UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**FREDERIC LEPPER,**
                **Petitioner,**

     v.                                      Civil Action

                                            No.  04-11879-MLW

**LOIS RUSSO, SUPERINENDENT,**
                **Respondent.**

ORDER ON APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF FEES

**Having considered the petitioner's Application to Proceed Without Prepayment of Fees under 28 U.S.C. § 1915;**

☒      **In accordance with Fed. R. Civ. P. 5(e), the clerk filed this petition on _____ and assigned it Civil Action No. 04-11879-MLW.**

**ORDERS**

**Based upon the foregoing, it is ORDERED:**

1.    **May the application to proceed without prepayment of fees be GRANTED?**
        Yes  ☒    No  ☐

2.    **Is it FURTHER ORDERED, in accordance with 28 U.S.C. § 1915(b)(2), that the clerk send a copy of this Order to the institution having custody of plaintiff?**
        Yes  ☐    No  ☒

3.    **Is it FURTHER ORDERED that the clerk process this petition and forward it to the assigned judge for review pursuant to the Rules governing Habeas Corpus Actions?**
        Yes  ☒    No  ☐

**February 18, 2005**        /s/ Mark L. Wolf
**DATE**                          **UNITED STATES DISTRICT JUDGE**