UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FREDERIC LEPPER,
    Petitioner,
v.

CIVIL ACTION NO.

LOIS RUSSO,
    Respondent.

04-11879-MLW

## NOTICE OF APPEARANCE

Please enter an appearance for the under-signed counsel on behalf of the petitioner, Frederic Lepper, in connection with his Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254.

    Respectfully submitted,
    FREDERIC LEPPER
    By his attorney,

    Alan D. Campbell
    B.B.O. #634188
    P.O. Box 131
    Brookline, MA 02446
    (617) 735-8913

Dated: August 20, 2004