UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREDERIC LEPPER | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 04-11879-MLW |
| LOIS RUSSO, | ) | |
| Respondent. | ) | |

MOTION TO ENLARGE THE TIME
FOR FILING AN ANSWER AND SUPPLEMENTAL ANSWER

      The respondent, Lois Russo, Superintendent of Souza-Baronowski Correctional Center at Shirley, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file an answer and supplemental answer to the above-captioned petition for writ of habeas corpus to June 20, 2005.

      As grounds therefor, the respondent's attorney states that she has been working steadily on numerous cases and has the following future litigation responsibilities in the coming weeks: researching and drafting a brief for the United States Court of Appeals for the First Circuit, <u>Fielding v. Massachusetts Judiciary</u>, No. 05-1317; researching and drafting dispositive memorandum on the merits in federal habeas corpus petition, <u>Williams v. Thompson</u>, Civil Action No. 04-12642-DP; researching and drafting motions to dismiss and supporting memoranda in two 42 U.S.C. § 1983 actions, <u>Schofield v. Green et al</u>, Civil Action No. 05-10672-DPW and <u>Hyde v. State of Massachusetts et al.</u>, Civil Action No. 04-12429-RWZ.

2

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing an answer or other responsive pleading in the above-captioned petition to June 20, 2005.

    Respectfully submitted,

    THOMAS F. REILLY
    ATTORNEY GENERAL

    /s/ Annette C. Benedetto
    Annette C. Benedetto
    Assistant Attorney General
    Criminal Bureau
    One Ashburton Place
    Boston, Massachusetts 02108
    (617) 727-2200
    BBO No. 037060

**CERTIFICATE OF CONSULTATION**

Pursuant to Local Rule 7.1 (A) (2), the respondent's attorney certifies that she consulted with the petitioner's counsel on May 20, 2005, regarding the motion to enlarge and he indicated that he took no position on the motion.

    /s/ Annette C. Benedetto
    Annette C. Benedetto
    Assistant Attorney General