UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERIC LEPPER ) | |
|     Petitioner, ) | |
| ) | |
| v. ) | Civil Action No. 04-11879-MLW |
| ) | |
| LOIS RUSSO, ) | |
|     Respondent. ) | |

**JOINT MOTION FOR A SCHEDULING ORDER**

The parties in the above-captioned petition for writ of habeas corpus respectfully move this Court to establish a briefing schedule for the petitioner to file a memorandum of law on the merits in support of his petition within ninety days and the respondent to file a memorandum of law in opposition to the petition ninety days thereafter.

WHEREFORE, the parties respectfully request that the Court establish briefing schedule for the petitioner to file a memorandum of law on the merits in support of the petition within ninety days and the respondent to file a memorandum in opposition ninety days thereafter.

Respectfully submitted,

THOMAS F. REILLY
ATTORNEY GENERAL

 /s/ Annette C. Benedetto
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
Attorney General's Office
One Ashburton Place,
Boston, MA 02108
617-727-2200
BBO No. 037060

2

                                          **/s/Alan D. Campbell**
_____**Alan D. Campbell**
                                          **P.O. Box 131**
                                          **Brookline, MA 02446**
                                          **617-735-8913**
                                          **BBO No. 634188**