UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERIC LEPPER,<br>　　Petitioner,<br><br>v.<br><br>LOIS RUSSO,<br>　　Respondent. | )<br>)<br>)<br>)<br>) Civil Action No. 04-11879-MLW<br>)<br>)<br>)<br>) |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that the documents, exhibits or attachments listed below have been manually filed with the Court and are available in paper form only:

Pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 cases, the respondent herein files a Supplemental Answer with the following documents from the petitioner's state court proceedings:

1. Brief for the Defendant on Appeal on Appeal to the Massachusetts Appeals Court (01-P-0723)

2. Record Appendix for the Defendant on Appeal on Appeal to the Massachusetts Appeals Court (01-P-0723)

3. Brief for the Commonwealth of Massachusetts on Appeal to the Massachusetts Appeals Court (01-P-0723)

4. *Commonwealth v. Lepper*, 60 Mass. App. Ct. 36, 798 N.E. 2d 1030 (2003).

5. Application for Leave to Obtain Further Appellate Review in Supreme Judicial Court (FAR-13834).

6. Notice of Denial of F.A.R. Application Dated January 29, 2004.

7. Trial Transcripts in *Commonwealth v. Frederic Lepper* before Donohue, J. and a jury, Worcester Superior Court September 9-15, 1999 (Six Volumes):

2

September 9- Tr. I -Morning
September 9- Tr. I -Afternoon
September 10-Tr. II
September 13-Tr. III
September 14-Tr. IV
September 15-Tr. V

**The original documents are maintained in the case file in the Clerk's Office.**

**Respectfully submitted,**

ATTORNEY FOR RESPONDENT

THOMAS F. REILLY
ATTORNEY GENERAL

<u>/s/ Annette C. Benedetto</u>
Annette C. Benedetto
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200
**Date: June 16, 2005**            BBO No. 037060