UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREDERIC LEPPER,**<br>Petitioner,<br>v.<br><br>**LOIS RUSSO,**<br>Respondent. | CIVIL ACTION NO. 04-11879-MLW |

### PETITIONER'S ASSENTED TO MOTION TO ENLARGE TIME FOR FILING MEMORANDUM OF LAW

The Petitioner hereby moves, with the Respondent's assent, that the times for filing memoranda of law in support and opposition to the petition be enlarged by sixty (60) days.

WHEREFORE. the Petitioner, with the assent of the Respondent, respectfully requests that the Court amend the briefing schedule such that the Petitioner's memorandum of law in support of the petition will be due on or before November 16, 2005, and the Respondent's opposition will be due ninety (90) days thereafter.

| | |
|---|---|
| Assented to by<br>THOMAS F. REILLY<br>ATTORNEY GENERAL<br><br>*Annette C. Benedetto /ADC*<br>Annette C. Benedetto<br>BBO # 037060<br>Assistant Attorney General's Office<br>Criminal Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200 ext. 2855 | Respectfully submitted,<br>FREDERIC LEPPER<br>By his attorney,<br><br>*[signature]*<br>Alan D. Campbell<br>BBO # 634188<br>P.O. Box 131<br>Brookline, MA 02446<br>(617) 735-8913 |

Dated: September 15, 2005

## Rule 7.1 Certification

I hereby certify that I conferred with the Respondent's counsel, Annette C. Benedetto, by telephone on September 15, 2005. Attorney Benedetto indicated that she assented to the Petitioner's request.

_____
Alan D. Campbell

## Certificate of Service

I hereby certify that on September 15, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the Respondent, Annette C. Benedetto, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
Alan D. Campbell