UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERIC LEPPER,<br>    Petitioner,<br>v.<br><br>LOIS RUSSO,<br>    Respondent. | CIVIL ACTION NO. 04-11879-MLW |

**PETITIONER'S ASSENTED TO MOTION TO
ENLARGE TIME FOR FILING MEMORANDUM OF LAW**

The Petitioner hereby moves, with the Respondent's assent, that the times for filing memoranda of law in support and opposition to the petition be enlarged by sixty (60) days.

WHEREFORE. the Petitioner, with the assent of the Respondent, respectfully requests that the Court amend the briefing schedule such that the Petitioner's memorandum of law in support of the petition will be due on or before January 16, 2006, and the Respondent's opposition will be due ninety (90) days thereafter.

Assented to by
THOMAS F. REILLY
ATTORNEY GENERAL

*/s/ Annette C. Benedetto /AC*

Annette C. Benedetto
BBO # 037060
Assistant Attorney General's Office
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 2855

Respectfully submitted,
FREDERIC LEPPER
By his attorney,

*/s/ Alan D. Campbell*

Alan D. Campbell
BBO # 634188
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

Dated: November 7, 2005

## Rule 7.1 Certification

I hereby certify that I conferred with the Respondent's counsel, Annette C. Benedetto, by telephone on November 7, 2005. Attorney Benedetto indicated that she assented to the Petitioner's request.

_____
Alan D. Campbell

## Certificate of Service

I hereby certify that on November 7, 2005, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the Respondent, Annette C. Benedetto, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
Alan D. Campbell