UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERIC LEPPER,<br>    Petitioner,<br>v.<br>LOIS RUSSO,<br>    Respondent. | CIVIL ACTION NO. 04-11879-MLW |

### PETITIONER'S ASSENTED TO MOTION TO ENLARGE TIME FOR FILING MEMORANDUM OF LAW

The Petitioner hereby moves, with the Respondent's assent, that the times for filing memoranda of law in support and opposition to the petition be enlarged by thirty (30) days.

WHEREFORE. the Petitioner, with the assent of the Respondent, respectfully requests that the Court amend the briefing schedule such that the Petitioner's memorandum of law in support of the petition will be due on or before February 16, 2006, and the Respondent's opposition will be due ninety (90) days thereafter.

| Assented to by<br>THOMAS F. REILLY<br>ATTORNEY GENERAL | Respectfully submitted,<br>FREDERIC LEPPER<br>By his attorney, |
|---|---|
| *Annette Benedetto /ADC*<br>Annette C. Benedetto<br>BBO # 037060<br>Assistant Attorney General's Office<br>Criminal Bureau<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200 ext. 2855 | Alan D. Campbell<br>BBO # 634188<br>P.O. Box 131<br>Brookline, MA 02446<br>(617) 735-8913 |

Dated: January 13, 2006

## Rule 7.1 Certification

I hereby certify that I conferred with the Respondent's counsel, Annette C. Benedetto, by telephone on January 13, 2006. Attorney Benedetto indicated that she assented to the Petitioner's request.

_____
Alan D. Campbell

## Certificate of Service

I hereby certify that on January 13, 2006, I caused a copy of the above document to be served by first-class mail, postage prepaid, upon counsel for the Respondent, Annette C. Benedetto, AAG, Criminal Bureau, One Ashburton Place, Boston, MA 02108.

_____
Alan D. Campbell