# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERIC LEPPER, )<br>     Petitioner, )<br>v. )<br>    )<br>LOIS RUSSO, )<br>     Respondent. )<br>) | CIVIL ACTION NO. 04-11879-MLW |

## PETITIONER'S ASSENTED TO MOTION TO
## ENLARGE TIME FOR FILING MEMORANDUM OF LAW

The Petitioner hereby moves, with the Respondent's assent, that the times for filing

memoranda of law in support and opposition to the petition be enlarged by thirty (30) days.

WHEREFORE. the Petitioner, with the assent of the Respondent, respectfully

requests that the Court amend the briefing schedule such that the Petitioner's memorandum

of law in support of the petition will be due on or before April 17, 2006, and the

Respondent's opposition will be due ninety (90) days thereafter.

Assented to by
THOMAS F. REILLY
ATTORNEY GENERAL

Respectfully submitted,
FREDERIC LEPPER
By his attorney,


/s/ Annette C. Benedetto
Annette C. Benedetto
BBO # 037060
Assistant Attorney General's Office
Criminal Bureau
One Ashburton Place
Boston, MA 02108
(617) 727-2200 ext. 2855

/s/ Alan D. Campbell
Alan D. Campbell
BBO # 634188
P.O. Box 131
Brookline, MA  02446
(617) 735-8913

Dated: March 20, 2006

**Rule 7.1 Certification**

I hereby certify that I conferred with the Respondent's counsel, Annette C. Benedetto, by telephone on March 20, 2006. Attorney Benedetto indicated that she assented to the Petitioner's request.

 /s/ Alan D. Campbell
Alan D. Campbell

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on March 20, 2006.

 /s/ Alan D. Campbell
Alan D. Campbell