UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREDERIC LEPPER,**           )<br>       Petitioner,              )<br>v.                                        )<br>                                          )<br>**LOIS RUSSO,**                  )<br>       Respondent.           )<br>                                          ) | CIVIL ACTION NO. 04-11879-MLW |

PETITIONER'S ASSENTED TO MOTION TO
ENLARGE TIME FOR FILING MEMORANDUM OF LAW

The Petitioner hereby moves, with the Respondent's assent, that the times for filing memoranda of law in support and opposition to the petition be enlarged by two weeks.

WHEREFORE. the Petitioner, with the assent of the Respondent, respectfully requests that the Court amend the briefing schedule such that the Petitioner's memorandum of law in support of the petition will be due on or before May 1, 2006, and the Respondent's opposition will be due ninety (90) days thereafter.

| Assented to by | Respectfully submitted, |
|---|---|
| THOMAS F. REILLY | FREDERIC LEPPER |
| ATTORNEY GENERAL | By his attorney, |
| | |
| /s/ Annette C. Benedetto | /s/ Alan D. Campbell |
| Annette C. Benedetto | Alan D. Campbell |
| BBO # 037060 | BBO # 634188 |
| Assistant Attorney General's Office | P.O. Box 131 |
| Criminal Bureau | Brookline, MA  02446 |
| One Ashburton Place | (617) 735-8913 |
| Boston, MA 02108 | |
| (617) 727-2200 ext. 2855 | |

Dated: April 18, 2006

## Rule 7.1 Certification

      I hereby certify that I have conferred with the Respondent's counsel, Annette C. Benedetto, by telephone and Attorney Benedetto assents to the Petitioner's request.

                                                /s/ Alan D. Campbell
                                                Alan D. Campbell

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 18, 2006.

                                                /s/ Alan D. Campbell
                                                Alan D. Campbell