# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREDERIC LEPPER,** ) | |
| **Petitioner,** ) | |
| **v.** ) | **CIVIL ACTION NO. 04-11879-MLW** |
| ) | |
| **LOIS RUSSO,** ) | |
| **Respondent.** ) | |

## PETITIONER'S ASSENTED TO MOTION TO
## ENLARGE TIME FOR FILING MEMORANDUM OF LAW

The Petitioner hereby moves, with the Respondent's assent, that the times for filing

memoranda of law in support and opposition to the petition be enlarged by one week.

WHEREFORE. the Petitioner, with the assent of the Respondent, respectfully

requests that the Court amend the briefing schedule such that the Petitioner's memorandum

of law in support of the petition will be due on or before May 8, 2006, and the Respondent's

opposition will be due ninety (90) days thereafter.

Assented to by                                Respectfully submitted,
THOMAS F. REILLY                       FREDERIC LEPPER
ATTORNEY GENERAL                    By his attorney,


/s/ Annette C. Benedetto                  /s/ Alan D. Campbell
Annette C. Benedetto                      Alan D. Campbell
BBO # 037060                               BBO # 634188
Assistant Attorney General's Office     P.O. Box 131
Criminal Bureau                            Brookline, MA  02446
One Ashburton Place                       (617) 735-8913
Boston, MA 02108
(617) 727-2200 ext. 2855

Dated: May 1, 2006

**Rule 7.1 Certification**

I hereby certify that on May 1, 2006, I conferred with the Respondent's counsel, Annette C. Benedetto, by telephone and that Attorney Benedetto assents to the Petitioner's request.

 /s/ Alan D. Campbell
Alan D. Campbell

**Certificate of Service**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on May 1, 2006.

 /s/ Alan D. Campbell
Alan D. Campbell