**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

_____

FREDERIC LEPPER                )

          Petitioner,                )

v.                                    )      Civil Action No. 04-11879-MLW

LOIS RUSSO,                    )

          Respondent.                )
_____)

**MOTION OF THE RESPONDENT TO ENLARGE THE TIME**
**FOR FILING A MEMORANDUM**

The respondent, Lois Russo, Superintendent of Souza-Baronowski Correctional Center at Shirley, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file a memorandum in opposition to the petition for writ of habeas corpus to November 17, 2006.

As grounds therefor, the respondent's attorney states that her burgeoning caseload prevented her from working on the memorandum in the above case. The undersigned attorney just filed a brief in the First Circuit in <u>Hyde v. State of Massachusetts</u>, No. 06-1777, and is starting research on another brief which due on September 28, 2006, in <u>Josselyn v. Dennehy</u>, No. 05-2405. Upcoming litigation responsibilities include preparing for oral argument before the Massachusetts Supreme Judicial Court in <u>Commonwealth v. Cabrera</u>, SJC No. 09770 and hearings in USDC on the merits in four habeas corpus actions, <u>Melton v. Russo</u>, No. 05-10905-GAO, <u>Delgado v. Dennehy</u>, No. 04-30124-MAP, <u>Patnod v. Nolan</u>, C.A. No. 04-10865-GAO and <u>Ali v. Commonwealth</u>, No. 04-30005-KPN; researching and drafting an answer and opposition to a motion to stay federal proceedings

**2**

in <u>Alves v. Russo</u>, C.A. No. 06-11090-PBS; researching and drafting a memorandum in

<u>Patnod v. Nolan</u>, C.A. No. 04-10865 prior to a hearing; and drafting an answer in <u>Lanoue</u>

<u>v. Dennehy</u>, C.A. No. 06-40134-FDS

  WHEREFOR, the respondent respectfully moves this Court to enlarge the time for

filing a memorandum in opposition to the petition to November 17, 2006.

       Respectfully submitted,

       THOMAS F. REILLY
       ATTORNEY GENERAL

       /s/ Annette C. Benedetto
       Annette C. Benedetto
       Assistant Attorney General
       Criminal Bureau
       One Ashburton Place
       Boston, Massachusetts 02108
       (617) 727-2200
       BBO No. 037060

### CERTIFICATE OF CONSULTATION

  Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney certifies that she spoke with the petitioner's counsel who indicated that he would take no position on the above motion.

       /s/ Annette C. Benedetto
       Annette C. Benedetto
       Assistant Attorney General

### CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

September 18, 2006      /s/ Annette C. Benedetto
          Annette C. Benedetto