UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| FREDERIC LEPPER | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 04-11879-MLW |
| LOIS RUSSO, | ) | |
| Respondent. | ) | |

### RESPONDENT'S MOTION TO ENLARGE THE TIME FOR FILING A MEMORANDUM ON EXHAUSTION

From the current deadline of August 3, 2007, the respondent, Lois Russo, Superintendent of Souza-Baronowski Correctional Center at Shirley, Massachusetts, through counsel, respectfully moves this Court to enlarge the time in which to file a memorandum on exhaustion in the above-captioned case to August 17, 2007.

As grounds therefor, the respondent's attorney states that she needs additional time to draft the memorandum due to conflicting litigation deadlines. Last week, the undersigned attorney had hearings in two major habeas cases, <u>Patnod v. Nolan</u> and <u>Wright v. Marshall</u>, and filed a dispositive motion and supporting memorandum of law in <u>Pagan v. Spencer</u>. Tomorrow the respondent's counsel is appearing in the United States Court of Appeals for the First Circuit to argue the respondent's case in a habeas appeal, <u>Derosier v. Bissonnette</u>.

In addition respondent's counsel will undergo laser eye surgery for a pre-glaucoma condition on August 6, 2007, and cannot predict with any certainty the recovery period for this procedure but anticipates that it will only be a matter of days.

2

WHEREFOR, the respondent respectfully moves this Court to enlarge the time for filing a memorandum in opposition to the petition to August 17, 2007.

          Respectfully submitted,

          MARTHA COAKLEY
          ATTORNEY GENERAL

          /s/ Annette C. Benedetto
          Annette C. Benedetto
          Assistant Attorney General
          Criminal Bureau
          One Ashburton Place
          Boston, Massachusetts 02108
          (617) 727-2200
          BBO No. 037060

## CERTIFICATE OF CONSULTATION

Pursuant to Local Rule 7.1 (A) (2) , the respondent's attorney certifies that she conferred with petitioner's counsel and attempted in good faith to resolve the issue.

          /s/ Annette C. Benedetto
          Annette C. Benedetto
          Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the Electronic Case Filing system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on the date set forth below.

July 30, 2007          /s/ Annette C. Benedetto
                          Annette C. Benedetto