UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FEDERIC LEPPER

            Plaintiff

                                        CIVIL ACTION
       V.                            NO. 04-11879-MLW

LOIS RUSSO

            Defendant

## JUDGMENT

**WOLF, D. J.**

In accordance with the Court's Memorandum and Order dated August 31, 2007, in the above-referenced action, DENYING the Petition for Habeas Corpus

It is hereby ORDERED:

Judgment for the Defendants.

                                                    By the Court,

**August 31, 2007**                              **/s/ Dennis O'Leary**
    Date                                          Deputy Clerk

(judge-dis.wpd - 12/98)                                                              [jgm.]