UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **FREDERIC LEPPER,** )<br>Petitioner, )<br>v. )<br> )<br>**LOIS RUSSO,** )<br>Respondent. )<br> ) | CIVIL ACTION NO. 04-11879-MLW |

**PETITIONER'S NOTICE OF APPEAL**

Notice is hereby given that Frederic Lepper, the petitioner in the above-entitled case, hereby appeals to the United States Court of Appeals for the First Circuit from the Memorandum and Order entered in this action on August 31, 2007, in which Mr. Lepper's Petition was denied on the merits.

FREDERIC LEPPER
By his attorney,

 /s/ Alan D. Campbell
Alan D. Campbell
B.B.O. No. 634188
P.O. Box 131
Brookline, MA 02446
(617) 735-8913

Dated: September 28, 2007

## Certificate of Service

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 28, 2007.

                                                  /s/ Alan D. Campbell
                                                 Alan D. Campbell