# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 04-cv-11879

Frederic Lepper

v.

Lois Russo

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-11, 13-40

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  9/28/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on October 29, 2007.

Sarah A Thornton, Clerk of Court

By: *[signature]*
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 10/29/07 .

*[signature]*
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06