### *UNITED STATES DISTRICT COURT*
### *DISTRICT OF MASSACHUSETTS*

USCA Docket Number: 07-2646

USDC Docket Number : 04-cv-11879

Frederic Lepper

v.

Lois Russo

## **CLERK'S SUPPLEMENTAL CERTIFICATE**

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 43

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 25, 2008.

Sarah A. Thornton, Clerk of Court

By

Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: __2/25/08__.

Deputy Clerk, US Court of Appeals

- 3/06